**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Shanntaye Ebony HICKS,**
**Defendant–Appellant.**

No. 15–10328.

United States Court of Appeals,
Ninth Circuit.

Submitted March 3, 2016.*

Filed March 7, 2016.

Andre M. Espinosa, Assistant U.S., US-SAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Quin Anthony Denvir, Davis, CA, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Shanntaye Ebony Hicks appeals from the district court's judgment and challenges her guilty-plea convictions and 292-month concurrent sentences for two counts of transportation of a minor, in violation of 18 U.S.C. § 2423(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hicks's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hicks the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Hicks has waived the right to appeal her convictions and sentences. Because the record discloses no arguable issue as to the validity of the waiver, we dismiss Hicks's appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.